Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEPNER, ERICK YOUNG | § | Case No. 12-23295-PHX GBN |
| HEPNER, JENNIFER MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on            . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                  $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was           . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $       . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRIAN J. MULLEN_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case No: 12-23295-PHX GBN Judge: GEORGE B. NIELSEN, JR.  Trustee Name: BRIAN J. MULLEN
Case Name: HEPNER, ERICK YOUNG  Date Filed (f) or Converted (c): 10/24/12 (f)
HEPNER, JENNIFER MICHELLE  341(a) Meeting Date: 11/27/12
For Period Ending: 07/25/14  Claims Bar Date: 09/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3459 EAST MORELOS CT, GILBERT, AZ | 240,090.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 20.00 | 20.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 85.00 | 0.00 | | 0.00 | FA |
| 4. WATCHES | 75.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,692.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS | 500.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS | 150.00 | 0.00 | | 0.00 | FA |
| 9. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 10. 05 EXPEDITION | 7,580.00 | 0.00 | | 0.00 | FA |
| 11. 01 GMC JIMMY | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 09 MAZDA | 11,480.00 | 0.00 | | 0.00 | FA |
| 13. COMPUTER, DESK | 200.00 | 200.00 | | 0.00 | FA |
| 14. 2012 FEDERAL INCOME TAX REFUND (u) | 0.00 | 3,688.00 | | 3,688.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $264,672.00  $3,908.00  $3,688.00  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/14   Current Projected Date of Final Report (TFR): 09/15/14

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-23295-PHX -GBN | | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|---|
| Case Name: | HEPNER, ERICK YOUNG | | Bank Name: | UNION BANK |
| | HEPNER, JENNIFER MICHELLE | | Account Number / CD #: | *******5443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4020 | | | |
| For Period Ending: | 07/25/14 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/13 | 14 | UNITED STATES TREASURY | 2012 FEDERAL TAX REFUND | 1224-000 | 3,688.00 | | 3,688.00 |
| 05/23/13 | 005001 | CLERK OF THE COURT US BANKRUPTCY COURT 230 N. 1ST AVE., SUITE 101 PHOENIX, AZ 85003-1727 | REOPEN CASE FEE | 2700-000 | | 260.00 | 3,428.00 |
| 05/23/13 | 005002 | ERICK YOUNG HEPNER JENNIFER MICHELLE HEPNER 3459 EAST MORELOS CT GILBERT, AZ 85295 | PRORATA PORTION OF TAX REFUND | 8500-000 | | 700.72 | 2,727.28 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,712.28 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,697.28 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,682.28 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,667.28 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,652.28 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,637.28 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,622.28 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,607.28 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,592.28 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,577.28 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,562.28 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,547.28 |

Page Subtotals     3,688.00     1,140.72

**2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-23295-PHX -GBN | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | HEPNER, ERICK YOUNG | Bank Name: | UNION BANK |
|  | HEPNER, JENNIFER MICHELLE | Account Number / CD #: | *******5443 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4020 |  |  |
| For Period Ending: | 07/25/14 | Blanket Bond (per case limit): | $ 52,854,941.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 3,688.00 | 1,140.72 | 2,547.28 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 3,688.00 | 1,140.72 |  |
|  |  |  | Less: Payments to Debtors |  |  | 700.72 |  |
|  |  |  | Net |  | 3,688.00 | 440.00 |  |
|  |  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  |  | Checking Account (Non-Interest Earn - *******5443 |  | 3,688.00 | 440.00 | 2,547.28 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  |  | 3,688.00 | 440.00 | 2,547.28 |
|  |  |  |  |  | ============ | ============ | ============ |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 25, 2014

Case Number: 12-23295-PHX
Debtor Name: HEPNER, ERICK YOUNG
Claims Bar Date: 09/03/13

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9001 001 2700-00 | CLERK OF THE COURT US BANKRUPTCY COURT 230 N. 1ST AVE., SUITE 101 PHOENIX, AZ 85003-1727 | Administrative | | $260.00 | $260.00 | $0.00 |
| 000002 070 7100-00 | CREDIT UNION WEST PO BOX 7600 GLENDALE, AZ 85312-7600 | Unsecured | Filed 06/18/13 | $6,194.67 | $0.00 | $6,194.67 |
| 000003 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | Filed 06/21/13 | $1,081.93 | $0.00 | $1,081.93 |
| 000004 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | Filed 06/21/13 | $554.25 | $0.00 | $554.25 |
| 000005 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | Filed 06/21/13 | $1,462.69 | $0.00 | $1,462.69 |
| 000006 070 7100-00 | PENTAGON FEDERAL CR UN PO BOX 1432 ALEXANDRIA VA 22313 | Unsecured | Filed 07/05/13 | $22,577.42 | $0.00 | $22,577.42 |
| 000007 070 7100-00 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | Filed 07/10/13 | $582.05 | $0.00 | $582.05 |
| 000008 070 7100-00 | ECAST SETTLEMENT CORPORATION C/O BASS & ASSOCIATES, P.C. 3936 E FT. LOWELL, SUITE 200 TUCSON, AZ 85712 | Unsecured | Filed 08/16/13 | $2,219.01 | $0.00 | $2,219.01 |
| 9002 999 8500-00 | ERICK YOUNG HEPNER JENNIFER MICHELLE HEPNER 3459 EAST MORELOS CT GILBERT, AZ 85295 | Unsecured | | $700.72 | $700.72 | $0.00 |
| 000001 050 4210-00 | PRESTO AUTO LOANS, INC. CORPORATE OFFICE, SUITE B 6534 N 27TH AVE PHOENIX AZ 85017 | Secured | Filed 11/14/12 | $1,442.73 | $0.00 | $1,442.73 |
| | Case Totals: | | | $37,075.47 | $960.72 | $36,114.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-23295-PHX GBN
Case Name: HEPNER, ERICK YOUNG
  HEPNER, JENNIFER MICHELLE
Trustee Name: BRIAN J. MULLEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | PRESTO AUTO LOANS, INC. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN J. MULLEN | $ | $ | $ |
| Trustee Expenses: BRIAN J. MULLEN | $ | $ | $ |
| Charges: CLERK OF THE COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CREDIT UNION WEST | $ | $ | $ |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000006 | PENTAGON FEDERAL CR UN | $ | $ | $ |
| 000007 | GE CAPITAL RETAIL BANK | $ | $ | $ |
| 000008 | ECAST SETTLEMENT CORPORATION | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE